

# Pedroso Law
PROFESSIONAL CORPORATION
38 JEFFERSON STREET
NEWARK, NEW JERSEY 07105
(973) 522-1100
Attorney for Defendant: Ms. Clara Santos
File No. 2102639

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

----------------------------------------------------

UNITED STATES OF AMERICA,       :     Hon. Katharine S. Hayden, U.S.D.J.

                                :     Criminal Case No. 2:09-cr-00802-KSH
vs.                             :

CLARA SANTOS                    :

                                :

----------------------------------------------------

### ORDER PERMITTING DEFENDANT TO LEAVE HOME CONFINEMENT TEMPORARILY

WHEREAS, on July 12, 2010, Defendant was sentenced to serve 2 years of probation with 6 months of home confinement; and it appearing that Defendant has commenced her period of home confinement; and it appearing that Defendant has requested to attend the rehearsal dinner and wedding of her son; and it appearing that the ceremonies will take place in New Jersey; and it appearing that Defendant has demonstrated justification to be permitted to a limited time period of release from home confinement to attend these functions; and for good cause;

IT IS THEREFORE:

ORDERED that the defendant shall be permitted to attend her son's wedding and rehearsal dinner. Defendant shall be permitted to attend her son's wedding rehearsal dinner on November 3, 2010, at the Cuban Pete's Restaurant in Montclair, New Jersey, from 6:30 PM to 11:00 PM, and Defendant may also attend her son's wedding on November 5, 2010, at the Atrium Country Club in West Orange, New Jersey, from 4:00 PM to 12:30 PM.

DATED: 10/26/10

_____
Hon. Katharine S. Hayden, U.S.D.J.